In the Matter of Tony Avella et al., Respondents, v City of New York et al., Respondents, and Queens Development Group, LLC, et al., Appellants.

Submitted May 2, 2016; decided June 2, 2016

Motion for an order precluding the City of New York et al. from submitting a brief as respondents on the appeal etc. denied.

In the Matter of Chana J.A., Respondent, v Barry S., Appellant. (Proceeding No. 1.)

In the Matter of Barry S., Appellant, v Chana S., Respondent. (Proceeding No. 2.)

Submitted March 14, 2016; decided June 2, 2016

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that dismissed the appeal from the February 2014 Family Court order, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.